421 A.2d 212

**In re ESTATE of Domenick L. MARCHIO, Deceased.**

**Appeal of Leona M. SAVAGE.**

Supreme Court of Pennsylvania.

Argued Sept. 30, 1980.

Decided Nov. 3, 1980.

Michael J. Boyle, Meyer, Unkovic & Scott, Pittsburgh, for appellant.

Anthony P. Picadio, Tucker, Arensberg, Very & Ferguson, Pittsburgh, for Estate.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Decree of the Court of Common Pleas of Allegheny County is affirmed.  Each party is to pay own costs.